October 23, 2009

Mr. Robert D. Ranen
Ranen & Netzer, LLP
5700 Granite Parkway, Suite 200
Plano, TX 75093
Mr. Scott E. Hayes
Vincent | Moye, P.C.
2001 Bryan Street, Suite 2000
Dallas, TX 75201

RE: Case Number: 07-0970
 Court of Appeals Number: 05-06-00356-CV
 Trial Court Number: 380-3211-04

Style: LAURI SMITH AND HOWARD SMITH
 v.
 PATRICK W.Y. TAM TRUST

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosure
|cc:|Ms. Hannah |
| |Kunkle |
| |Ms. Lisa Matz |